An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JUDITH SCRASE,

Appellant,

vs.

PEP BOYS,

Respondent.

No. 68176

**FILED**

SEP 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order appellant identifies as "entered in this action on the 30th day of August, 2013." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, no order entered on or around August 30, 2013, appears in the district court docket entries. We note that this court dismissed appellant's appeal from a district court order declaring her to be a vexatious litigant on August 30, 2013. *See Scrase v. Pep Boys*, Docket No. 63443 (Order Dismissing Appeal, August 30, 2013). To the extent appellant may be seeking rehearing or reconsideration of this court's order, NRAP 40(a)(1) provides that a petition for rehearing must be filed within 18 days after the court's decision has been filed. The time to file a petition for rehearing thus expired in this case on September 17, 2013. Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-29467

cc: Hon. Michael Villani, District Judge
Judith Scrase
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA